No. 3387.—GONZÁLEZ, ETC., aplte., *v.* PORTO RICO RAILWAY,
L. & P. Co., apda.—C. D. San Juan, Disto. 1º.  Apelación a
la Corte de Circuito de Apelaciones, Primer Circuito.  Enero
25, 1926.  Visto el apartado (*c*) de la sección 8 de la Ley
del Congreso de febrero 13, 1925, para enmendar el Código
Judicial y definir además la jurisdicción de las cortes de cir-
cuito de apelaciones y de la Corte Suprema, y para otros

fines, que comenzó a regir tres meses después de la fecha de su aprobación, y apareciendo que la sentencia de que se apela se dictó el 24 de julio de 1925 y la apelación se interpuso el 23 de enero de 1925, habiendo vencido con exceso el término de ley, *no ha lugar* a admitir la apelación que se interpone para ante la Corte de Circuito de los Estados Unidos en el caso arriba titulado.